SCANNED at LSP and Emailed
5-31-23 by UB . 40 pages
date    initials   No.

RECEIVED
MAY 3 1 2023
Legal Programs Department

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
## _MIDDLE_ DISTRICT OF LOUISIANA

**Donald Williams #93884**
*Plaintiff's full name (first-middle-last) and prisoner number.*

CIVIL ACTION

NO.: _____

**VERSUS**

**Dr. Paul Toce**
**Dr. Bordelon**
*Defendant(s) full name*

SECTION: _____

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for **each** defendant no longer employed by the Department of Corrections.

**All copies of the complaint must be identical to the original.**

The names of all parties must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the __MIDDLE__ of Louisiana.

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the parish): _____

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   6. Date of filing lawsuit: _____

   7. Date of disposition: _____

   C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes ( ) No ( )

   If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

   _____

II. Place of present confinement: __LSP ANgola, bg. 70/12__

   A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)    No ( )

C. If your answer is YES: __LSP-2022-2596__

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. __LSP-2023-0305__

2. What steps did you take? __File ARP.__

3. What was the result? __Denied__

D. If your answer is NO, explain why not: _____

## III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): __Donald Williams #95824__
__LSP__
__Angola, La. 70712__

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant, __Paul Toce__ is employed as __Doctor__ at __R.E. Barrow Jr. Treatment Center__

Address for Service: __LSP Angola, La. 70712__

C. Additional Defendant, _____ is employed as _____ at

Address for Service: _____

D. Additional Defendant, __Bordelon__ is employed as __Doctor__ at __R.E. Barrow Jr. Treatment Center__

Address for Service: __LSP Angola, La. 70712__

E. Additional Defendant, _____ is employed as _____ at

Address for Service: _____

## Claim

Plaintiff Donald Williams submit evidence that Dr. Toce-refused to treat him, ignored his complaints, by: An act of showing deliberate indifference is knowingly taking away Plaintiff Donald Williams Ensure medication, knowing that it will really harm the Plaintiff Donald Williams. A deliberate failure to act is refusing to provide necessary Ensure medication.

## Claim

Denial of prescribed Ensure medication. On 2-17-2023 plaintiff David Williams was seen at LSU OMFS clinic. The doctor documented it would like to delay surgery until his release this spring and recommended to continue soft diet, 2 Ensures per meal for 1 year, and Robaxin. On 2-28-2023 Dr. Toce ordered plaintiff David Williams to receive 2 cans Ensure per day for 1 month starting 2-28-23.

(1.)

__Claim__

Dr. Toce - continue to ~~intentionally~~ interfere with Donald Williams medical treatment for ~~his~~ broken jaw in two places once prescribed. November 29, 2022, Dr. Toce - changed Donald Williams prescribed ~~medication~~ to Boost twice a day for 6 months. On May 2, 22, the Ensure was ~~discontinued~~.

Dr. Bordelon - D/C his Ensure medication on June 18, 2021. Temporary diet non chew soft diet with 2 Ensures per meal 6 months. Dr. Toce ~~discontinue~~ April 22, 2022, Dr. Toce - on April 18, 2023, ~~discontinued~~ Plaintiff Donald Williams Ensure.

(2.)

9am

Therefore their opinion was not considered competent counter to the recommendation of the treating specialists who have conducted thorough examinations of and treatment on plaintiff whereas Dr. Tock has now three times refused to follow the specialist recommendations, and these denials were based on determinations made by non-treating, non-specialist physicians. Plaintiff continues to suffer his present pain and suffering are sufficient to support irreparable injury and deliberate indifference.

(5.)

## Relief

1.) Inmate Donald Williams request that Dr. Bordelon an Dr. Toce, pay him $25,000 for denial of Ensure medication & cans 3x times a day at each meal time 1-year.

2.) That the defendants pay for all court cost.

3.) Inmate Donald Williams request that this Honorable court to order Dr. Bordelon an Dr. Toce, to schule him appointment at University Medical Center in New Orleans.

4.) Inmate Donald Williams request that this Honorable court to order Dr. Bordelon an Dr. Toce - to stop intentionally interfering with his medical treatment once prescribed by my doctor at University Medical Center.

Respectfully Submitted

Donald Williams #93824
LSP Camp-C Angola, La-70712

VI. **Plaintiff's Declaration**

1) I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __1__ day of __June__, 20__23__

Signature: _Donald Williams #93824_
Print Name: _Donald Williams_
Address: _LSP Angola, La 70712_
City/State/Zip: _____

Please Serve:

1. Tim Hooper - Warden
   LSP Angola, La. 70712

2. Donald Williams #93834
   LSP Angola, La. 70712

3. Dr. Paul Toce
   R.E.B.T.M.C.
   LSP, Angola, La. 70712

4. Dr. Borden
   R.E.B.T.M.C.
   LSP, Angola, La. 70712