**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DONALD WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-416-JWD-RLB** |
| **PAUL TOCE, ET AL.** | |

**JUDGMENT**

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that the above-captioned proceeding be and is hereby **DISMISSED, WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on <u>March 1, 2024</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**